UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JONATHAN BORIA, | Case No. 1:09-CV-2620 |
| Plaintiff, | Judge Kathleen O'Malley |
| vs. | **Report and Recommendation of Magistrate Judge** |
| PAUL SCHISMENOS, et al. | |
| Defendants. | Magistrate Judge James S. Gallas |

This matter was referred to the undersigned for pretrial supervision. (Docket 5). On February 10, 2010, the Court conducted a case management conference during which the Plaintiff agreed to dismiss Defendants Daniel Kohler, Thomas Packard, Richard Indoe, Joseph Remington, and Harrisville Township with prejudice. The remaining parties then reached a settlement with filing fees to be paid by Defendants. The details of settlement were put on the record stenographically.

Based on the foregoing, it is recommended that the above-named defendants be dismissed from the action with prejudice and the case with regard to the remaining parties be dismissed with prejudice in accordance with the terms of the settlement entered on February 10, 2010.



s/James S. Gallas
United States Magistrate Judge

ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of receipt of this notice. Failure to file objections within the specified time WAIVES the right to appeal the Magistrate Judge's recommendation. *See*, *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985).

DATED: February 10, 2010